476 A.2d 75

Commonwealth v. Mobley, Appellant.
Petition for Allowance of Appeal
Denied Aug. 30, 1984.

Argued November 17, 1983. Norris E. Gelman, for appellant; Ronald Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, filed a concurring memorandum.

476 A.2d 75

Commonwealth v. Morales, Appellant.

Submitted March 5, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.